**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES A. SPRATT II, *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA RECOVERY CORP.; JEFFERSON CAPITAL SYSTEMS, LLC; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:19-cv-17965-JMV-MF<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

|   |   |
|---|---|
|   | KIM LAW FIRM LLC<br>Attorneys for Plaintiff |
| DATED: March 24, 2020 | *s/Yongmoon Kim*<br>Yongmoon Kim |
|   | SO ORDERED: |
| DATED: 3/24/2020 | _____<br>John Michael Vazquez, U.S.D.J. |